The PEOPLE of the State of Colorado,
Plaintiff-Appellant,

v.

Anneliese B. PARSONS,
Defendant-Appellee.

No. 80SA529.

Supreme Court of Colorado,
En Banc.

May 17, 1982.
Rehearing Denied June 14, 1982.

---

Robert L. Russel, Dist. Atty., David H. Zook, Chief Deputy Dist. Atty., Colorado Springs, for plaintiff-appellant.

J. Gregory Walta, Colorado, State Public Defender, Jody Sorenson Theis, Deputy State Public Defender, Denver, for defendant-appellee.

PER CURIAM.

Following our reversal of this defendant's conviction in *People v. Parsons*, 199 Colo. 421, 610 P.2d 93 (1980), the district attor-ney's office sought to reprosecute the defendant. The trial court dismissed the case and its judgment of dismissal is the subject of this appeal by the district attorney. The thrust of this appeal involves a matter which would have been a proper subject for a petition for rehearing under C.A.R. 40, after *People v. Parsons, supra*, was announced. The People did not include it in a timely petition for rehearing. The district attorney is, therefore, now precluded from raising this matter here.

Appeal dismissed.

ERICKSON, J., does not participate.